**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                  §       Case No. 10-34269-JBS
                                        §
THE PRIME TIME GROUP, INC.              §
                                        §
                                        §
            Debtor(s)                   §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/30/2012, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/01/2012                By:  /s/ David P. Leibowitz
                                             (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-34269-JBS |
| | § | |
| THE PRIME TIME GROUP, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $30,054.30
*and approved disbursements of* $11,528.77
*leaving a balance on hand of[1]:* $18,525.53

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | COMMUNITY AND ECONOMIC DEVELOPMENT | $184,094.47 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $18,525.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $3,755.43 | $0.00 | $3,755.43 |
| David P. Leibowitz, Trustee Expenses | $195.60 | $0.00 | $195.60 |
| Lakelaw, Attorney for Trustee Fees | $35,752.50 | $0.00 | $14,412.08 |
| Lakelaw, Attorney for Trustee Expenses | $162.42 | $0.00 | $162.42 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Total to be paid for chapter 7 administrative expenses: | $18,525.53 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $836.45 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CITY OF CHICAGO - DEPT OF REVENUE | $836.45 | $0.00 | $0.00 |

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,234,684.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Ford Motor Credit Company | $71,234.93 | $0.00 | $0.00 |
| 4 | FDIC Reciever for Citizens Bank & Trust of Chicago | $2,163,450.04 | $0.00 | $0.00 |

|  | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|

UST-Form 101-7-NFR (5/1/2011)

|  |  |
|---|---|
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
The Prime Time Group, Inc.  
    Debtor

Case No. 10-34269-JBS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: nmolina    Page 1 of 2    Date Rcvd: Aug 02, 2012  
Form ID: pdf006    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2012.

```
db            +The Prime Time Group, Inc.,    4801 West 185th Street,    Country Club Hills, IL 60478-5292
15934432      +300 W SIBLEY LLC,    C/O LUPEL WEININGER LLP,    30 N LASALLE ST, STE 3520,
                CHICAGO, IL 60602-3334
15934433       CEDA,    208 N LASALLE, STE 1900,    CHICAGO, IL 60604
16554625      +CITY OF CHICAGO - DEPT OF REVENUE,    C/O TALAN & KTSANES,    300 W ADAMS - SUITE 840,
                CHICAGO IL 60606-5109
15934434      +CITY OF CHICAGO DEPT. WATER,    333 SOUTH STATE STRREET,    CHIAGO, IL 60604-3972
15934435      +COMMUNITY AND ECONOMIC DEVELOPMENT,    ASSOCIATION OF COOK COUNTY,    C/O JOEL F HANDLER,
                55 WEST WACKER DRIVE, STE 950,    CHICAGO, IL 60601-1609
15934436      +CTIZENS BANK & TRUST OF CHICAGO,    C/O LETVIN & STEIN,    541 N FAIRBANKS CT,
                CHICAGO, IL 60611-3319
16919933      +FDIC Reciever for Citizens Bank & Trust of Chicago,    C/O Horace Fox, Jr. Lehman and Fox,
                6 East Monroe, Suite 1004,    Chicago, IL 60603-2721
15934437      +FIRST DATA MERCHANT,    5251 WESTHEIMER ROAD,    6TH FLOOR,    HOUSTON, TX 77056-5416
15934438      +FORD CREDIT,    ATTN: BANRUPTCY DEPARTMENT,    P.O. BOX 543099,    OMAHA, NE 68154-9499
16655817       Ford Motor Credit Company,    Freedman Anselmo Lindberg LLC,    PO Box 3216,
                Naperville, IL 60566-7216
15934439     #+HITCHCOCK AND ASSOCIATES, P.C.,    120 SOUTH STATE STREET,    SUITE 803,
                CHICAGO, ILLINOIS 60603-5503
15934440      +REGINA EVANS,    4801 W 185TH STREET,    COUNTRY CLUB HILLS, IL 60478-5292
15934441      +RONALD EVANS,    4801 W 185TH STREET,    COUNTRY CLUB HILLS, IL 60478-5292
15934442      +TALAN & KTSANES,    300 WEST ADAMS,    CHICAGO, IL 60606-5109
15934444      +THE REGAL THEATER,    1645 E 79TH STREET,    CHICAGO, IL 60649-4901
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15934445      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Aug 03 2012 00:40:30     UNITED STATES TRUSTEE,
                219 SOUTH DEARBORN,    CHICAGO, IL 60604-1708
                                                                                              TOTAL: 1
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17739812       Bobbie J. Davis,    7713 S.Green St
15934443*     +THE PRIME TIME GROUP, INC.,    4801 WEST 185TH STREET,    COUNTRY CLUB HILLS, IL 60478-5292
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2012**      **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: nmolina                Page 2 of 2                  Date Rcvd: Aug 02, 2012
                              Form ID: pdf006              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2012 at the address(es) listed below:
              Christopher H Purcell    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw13@aol.com
              David J Letvin    on behalf of Creditor   FDIC Receiver of Citizens Bank & Trust Co of Chicago
               davidletvin@aol.com
              David P Leibowitz    on behalf of Other Prof.   Windy City Security & Investigations, Inc
               dleibowitz@lakelaw.com,   czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              David P Leibowitz    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Horace  Fox    on behalf of Creditor   FDIC Receiver of Citizens Bank & Trust Co of Chicago
               foxhorace@aol.com,   mmedina@lehmanfox.com
              Joel F Handler    on behalf of Plaintiff   Community and Economic Development Association of Cook
               County, Inc. jhandler@handlerlawgroup.com
              Jonathan T Brand    on behalf of Plaintiff David P Leibowitz, Trustee jbrand@lakelaw.com,
               ECF@lakelaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas R Hitchcock    on behalf of Debtor   The Prime Time Group, Inc. josefina@financialrelief.com,
               ana@financialrelief.com
                                                                                             TOTAL: 9

Case 10-34269   Doc 60   Filed 08/02/12   Entered 08/04/12 23:26:24   Desc Imaged
Certificate of Notice    Page 6 of 6