## UNITED STATES BANKRUPTCY COURT1
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-34269-JBS |
| | § | |
| THE PRIME TIME GROUP, INC. | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $63,787.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $9,669.49 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $20,384.81 | | |

3)        Total gross receipts of $30,054.30  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $30,054.30 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $263,636.70 | $193,763.96 | $9,669.49 | $9,669.49 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $41,725.23 | $41,725.23 | $20,384.81 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $79.35 | $836.45 | $836.45 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $2,164,519.50 | $2,234,684.97 | $2,234,684.97 | $0.00 |
| **Total Disbursements** | $2,428,235.55 | $2,471,010.61 | $2,286,916.14 | $30,054.30 |

4).  This case was originally filed under chapter 7 on 07/30/2010.  The case was pending for 28 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/28/2012                    By:    /s/ David P. Leibowitz
                                           Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Interest in various LLCs | 1121-000 | $18,047.12 |
| 2007 Ford Expedition Debtor will surrender collateral | 1129-000 | $12,001.97 |
| Interest Earned | 1270-000 | $5.21 |
| **TOTAL GROSS RECEIPTS** | | $30,054.30 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | COMMUNITY AND ECONOMIC DEVELOPMENT | 4110-000 | $200,000.00 | $184,094.47 | $0.00 | $0.00 |
| | Ford Credit | 4110-000 | $13,091.81 | NA | $0.00 | $0.00 |
| | Ford Credit | 4110-000 | $11,317.63 | NA | $0.00 | $0.00 |
| | Ford Credit | 4110-000 | $25,947.01 | NA | $0.00 | $0.00 |
| | Ford Credit | 4110-000 | $13,280.25 | NA | $0.00 | $0.00 |
| | Payment to Ford Motor Credit for Lien on Vehicle | 4210-000 | NA | $9,669.49 | $9,669.49 | $9,669.49 |
| **TOTAL SECURED CLAIMS** | | | $263,636.70 | $193,763.96 | $9,669.49 | $9,669.49 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $3,755.43 | $3,755.43 | $3,755.43 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $195.60 | $195.60 | $195.60 |
| International Sureties, Ltd | 2300-000 | NA | $30.37 | $30.37 | $30.37 |
| Green Bank | 2600-000 | NA | $276.81 | $276.81 | $276.81 |
| Bridges Court Reporting | 2990-000 | NA | $623.10 | $623.10 | $623.10 |
| Windy City Security & Investigations, Inc | 2990-000 | NA | $929.00 | $929.00 | $929.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Lakelaw, Attorney for Trustee | 3110-000 | | NA | $35,752.50 | $35,752.50 | $14,412.08 |
| Lakelaw, Attorney for Trustee | 3120-000 | | NA | $162.42 | $162.42 | $162.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $41,725.23 | $41,725.23 | $20,384.81 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CITY OF CHICAGO - DEPT OF REVENUE | 5800-000 | $79.35 | $836.45 | $836.45 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $79.35 | $836.45 | $836.45 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ford Motor Credit Company | 7100-000 | $64,374.13 | $71,234.93 | $71,234.93 | $0.00 |
| 4 | FDIC Reciever for Citizens Bank & Trust of Chicago | 7100-000 | $2,100,000.00 | $2,163,450.04 | $2,163,450.04 | $0.00 |
| | First Data Merchant | 7100-000 | $145.37 | NA | NA | $0.00 |
| | Hitchcock and Associates, P.C. | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,164,519.50 | $2,234,684.97 | $2,234,684.97 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 10-34269-JBS | |
| **Case Name:** | THE PRIME TIME GROUP, INC. | |
| **For the Period Ending:** | 11/28/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 07/30/2010 (f) |
| **§341(a) Meeting Date:** | 09/28/2010 |
| **Claims Bar Date:** | 03/07/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Interest in various LLCs (u) | $0.00 | $18,047.12 | | $18,047.12 | FA |
| 2 | Chase Checking Account | $150.00 | $150.00 | | $0.00 | FA |
| 3 | 2001 GMC Yukon Debtor will surrender Collateral | $13,092.00 | $0.00 | | $0.00 | FA |
| 4 | 2005 Chrysler 300 | $11,318.00 | $0.00 | | $0.00 | FA |
| 5 | 2008 Ford Expedition Debtor will surrender Collateral | $25,947.00 | $0.00 | | $0.00 | FA |
| 6 | 2007 Ford Expedition Debtor will surrender collateral | $13,280.00 | $0.00 | | $12,001.97 | FA |
| 7 | Lease hold improvements and equipment wrongfully held by landlord | $0.00 | Unknown | | $0.00 | FA |
| 8 | Investigation on Parking lot ownership (u) | $0.00 | Unknown | | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $5.21 | Unknown |

**TOTALS (Excluding unknown value)**                               **Gross Value of Remaining Assets**

|  | $63,787.00 | $18,197.12 | | $30,054.30 | $0.00 |
|---|---|---|---|---|---|

---

**Major Activities affecting case closing:**

Liquidating property

TFR to be prepared.

Reviewed claims in preparation of TFR.

Prepare TDR

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 11/30/2012 |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2012 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No. | 10-34269-JBS | | Trustee Name: | David Leibowitz |
| Case Name: | THE PRIME TIME GROUP, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3251 | | Checking Acct #: | ******6901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/30/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/28/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ / Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $19,745.82 | | $19,745.82 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.17 | $19,739.65 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $27.74 | $19,711.91 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $31.80 | $19,680.11 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $32.78 | $19,647.33 |
| 10/18/2011 | 5001 | Windy City Security & Investigations, Inc | per court order entered on 10/17/2011. | 2990-000 | | $929.00 | $18,718.33 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $29.65 | $18,688.68 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $29.52 | $18,659.16 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $30.11 | $18,629.05 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $30.06 | $18,598.99 |
| 02/16/2012 | 5002 | International Sureties, Ltd | Bond Payment | 2300-000 | | $14.48 | $18,584.51 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $28.07 | $18,556.44 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $30.91 | $18,525.53 |
| 08/30/2012 | 5003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $3,755.43 | $14,770.10 |
| 08/30/2012 | 5004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $195.60 | $14,574.50 |
| 08/30/2012 | 5005 | Lakelaw | Claim #: ; Amount Claimed: 35,752.50; Amount Allowed: 35,752.50; Distribution Dividend: 40.31; | 3110-000 | | $14,412.08 | $162.42 |
| 08/30/2012 | 5006 | Lakelaw | Claim #: ; Amount Claimed: 162.42; Amount Allowed: 162.42;  Distribution Dividend: 100.00; | 3120-000 | | $162.42 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $19,745.82 | $19,745.82 | $0.00 |
| **Less: Bank transfers/CDs** | $19,745.82 | $0.00 | |
| **Subtotal** | $0.00 | $19,745.82 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $19,745.82 | |

| For the period of 7/30/2010 to 11/28/2012 | | For the entire history of the account between 06/29/2011 to 11/28/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $19,745.82 | Total Internal/Transfer Receipts: | $19,745.82 |
| | | | |
| Total Compensable Disbursements: | $19,745.82 | Total Compensable Disbursements: | $19,745.82 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $19,745.82 | Total Comp/Non Comp  Disbursements: | $19,745.82 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-34269-JBS | **Trustee Name:** David Leibowitz |
| **Case Name:** | THE PRIME TIME GROUP, INC. | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******3251 | **Money Market Acct #:** ******4269 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 7/30/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 11/28/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/10/2010 | (1) | The Regal Theater LLC | Roy Ayers Performance | 1223-000 | $4,470.54 | | $4,470.54 |
| 12/13/2010 | (1) | The Regal Theater LLC | turned over of funds | 1121-000 | $11,506.57 | | $15,977.11 |
| 12/13/2010 | (1) | Rare Security Experts LLC | turned over of funds | 1121-000 | $2,070.01 | | $18,047.12 |
| 12/20/2010 | 1001 | Bridges Court Reporting | Invoice No. 11560 - Deposition of Regina Evans. | 2990-000 | | $623.10 | $17,424.02 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.42 | | $17,424.44 |
| 01/17/2011 | | Wheels of Chicago | Liquidation payment on 2007 Ford Expedition | * | $2,330.51 | | $19,754.95 |
| | {6} | | $12,000.00 | 1129-000 | | | $19,754.95 |
| | | | Payment to Ford Motor $(9,669.49) Credit for Lien on Vehicle | 4210-000 | | | $19,754.95 |
| 01/17/2011 | (6) | Ford Motor Credit Company | Refund of overpayment | 1110-000 | $1.97 | | $19,756.92 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.78 | | $19,757.70 |
| 02/04/2011 | 1002 | International Sureties, Ltd | Bond Payment | 2300-000 | | $15.89 | $19,741.81 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.76 | | $19,742.57 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.84 | | $19,743.41 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.81 | | $19,744.22 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.84 | | $19,745.06 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.76 | | $19,745.82 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $19,745.82 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $20,384.81 | $20,384.81 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $19,745.82 | |
| **Subtotal** | $20,384.81 | $638.99 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $20,384.81 | $638.99 | |

**For the period of 7/30/2010 to 11/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $30,054.30 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,054.30 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,308.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,308.48 |
| Total Internal/Transfer Disbursements: | $19,745.82 |

**For the entire history of the account between 12/03/2010 to 11/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $30,054.30 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,054.30 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,308.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,308.48 |
| Total Internal/Transfer Disbursements: | $19,745.82 |

**FORM 2**

Case 10-34269   Doc 64   Filed 11/28/12   Entered 11/28/12 16:10:07   Desc Main

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document      Page 8 of 8

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 10-34269-JBS | **Trustee Name:** David Leibowitz |
| **Case Name:** | THE PRIME TIME GROUP, INC. | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******3251 | **Money Market Acct #:** ******4269 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 7/30/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 11/28/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | $20,384.81 | $20,384.81 | $0.00 |

**For the period of 7/30/2010 to 11/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $30,054.30 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,054.30 |
| Total Internal/Transfer Receipts: | $19,745.82 |
| | |
| Total Compensable Disbursements: | $30,054.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,054.30 |
| Total Internal/Transfer Disbursements: | $19,745.82 |

**For the entire history of the case between  07/30/2010 to 11/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $30,054.30 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,054.30 |
| Total Internal/Transfer Receipts: | $19,745.82 |
| | |
| Total Compensable Disbursements: | $30,054.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,054.30 |
| Total Internal/Transfer Disbursements: | $19,745.82 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ